```
                                                    FILED

                                               2012 MAR 28  AM 10: 28

                                               CLERK US DISTRICT COURT
                                               SOUTHERN DISTRICT OF CALIFORNIA

                                               BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 11CR5207-BTM |
|---|---|
| Plaintiff, | ) |
| | ) ORDER GRANTING UNITED STATES' |
| v. | ) MOTION TO DISMISS THE |
| | ) INDICTMENT WITHOUT PREJUDICE |
| SALVADOR ORTIZ-VALENCIA, | ) |
| | ) |
| Defendant. | ) |

*For the reasons set forth by the Government on the record on 3/27/12*

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant Salvador Ortiz-Valencia be dismissed without prejudice.

DATED: March 27, 2012

*[signature]*
BARRY T. MOSKOWITZ, CHIEF JUDGE
UNITED STATES DISTRICT COURT